**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6070**

_____

JAMES STARKS,

Petitioner - Appellant,

versus

MICHAEL B. MOORE, Commissioner, SCDC; CHARLES
M. CONDON, Attorney General of the State of
South Carolina,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-98-2434-6-06AK)

_____

Submitted:  April 13, 2000          Decided:  April 21, 2000

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James Starks, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Starks seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Starks v. Moore, No. CA-98-2434-6-06AK (D.S.C. Sept. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED